IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID A. ALLEN,
    Plaintiff,

vs.                                                            CASE NO.: 5:05cv49/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

**REPORT AND RECOMMENDATION**

    This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits.  Pending is the defendant's motion to remand pursuant to sentence four of § 405(g) (doc. 10).  The plaintiff does not oppose the motion according to the certification of the defendant.

    Pursuant to sentence four of 42 U.S.C. § 405(g), the court may "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing."  The Commissioner of Social Security states that remand is appropriate for further consideration of plaintiff's claim.  On May 29, 2005, a decision was rendered in which plaintiff was found disabled as of April 30, 2004 (the date after the ALJ's decision at issue here).  The appeals Council has agreed to accept this case on remand in order to reconcile the two Agency findings.  However, plaintiff should be advised that after reviewing both actions to reconcile them, it may be necessary to reopen the favorable determination and have a new decision issued in the consolidated claims.  Good cause has been shown for remand.

**Accordingly, it is RECOMMENDED as follows:**

1.  That the defendant's motion to remand (doc. 10) be GRANTED and the Commissioner's decision denying benefits be REVERSED.

2.  That this case be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3.  That defendant be ordered to direct the Administrative Law Judge to further consider plaintiff's claim.

4.  That the clerk be directed to enter judgment for plaintiff and close the file.

**DONE AND ORDERED** this 16th day of August, 2005.


/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:05cv49/LAC/MD*

## NOTICE TO PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon the magistrate judge and al other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**